IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | FILED UNDER SEAL |
| SEIZURE WARRANT | : | Misc. No. 06- 46 M |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Application and Affidavit for Seizure Warrant, Seizure Warrant, this Motion and Order to Seal, and the related file in the above-captioned case pending execution of the seizure warrant.

          COLM F. CONNOLLY
          United States Attorney

BY: _____
      Beth Moskow-Schnoll
      Assistant United States Attorney

Dated: April 13, 2006

**AND NOW** this __13th__ day of __April_____, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Seizure Warrant, Seizure Warrant, this Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further order of the Court.

_____
HONORABLE KENT A. JORDAN
United States District Judge
District of Delaware

FILED
MAR 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE