IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | **FILED UNDER SEAL** |
| SEIZURE WARRANT | : | Misc. No. 06-46M |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, this Motion and Order to Unseal and the related file in the above-captioned case, because the seizure warrant has been executed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 26, 2006

**AND NOW** this __27__ day of __April__, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, this Motion and Order to Unseal and the related file in the above-captioned case be **UNSEALED**.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware

FILED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE