AO 93 (Rev. 5/85) Search Warrant

# United States District Court

### DISTRICT OF DELAWARE

In the Matter of the Search of
(Address or brief description of property to be seized)

2000 BMW 740IL
VIN # WBAGH8348YDP12004
PA license plate number EVK5710

**SEIZURE WARRANT**

CASE NUMBER: 06-46 M

REDACTED

TO: __Special Agent Peter A. Gangel__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Peter A. Gangel_ who has reason to believe that in the Middle District of Pennsylvania there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

2000 BMW 740IL, VIN # WBAGH8348YDP12004, PA license plate number EVK5710

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _United States District Judge Kent A. Jordan_ as required by law.

FILED
MAY 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__April 13, 2006__ at __Wilmington, Delaware__
Date                     City and State

Honorable Kent A. Jordan
United States District Judge
District of Delaware
Name and Title of Judicial Officer

_[signature: Kent A. Jordan]_
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>4/13/06 | DATE AND TIME WARRANT EXECUTED<br>4/20/06 4:30 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>JAMES ART BALL |
| INVENTORY MADE IN THE PRESENCE OF<br>JAMES ART BALL | | |
| INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

see Attached receipt.

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

SA Peter A. _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ Jordan    5/3/06
U.S. Judge or Magistrate    Date

FD-597 (Rev 8-11-94)

Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 196D-BA-106813

On (date) 4/20/06

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) JAMES ART BALL

(Street Address)

(City) Mechanicsburg, PA 17055

Description of Item(s): 2000 BMW 740 IL, VIN WBAGH8348YDP12004, PA License Plate EVK5710

Received By: _____ (Signature)

X Received From: _____ (Signature)